# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

IN RE: Tracy Lynn Carone,            Case No: 09-33635
                                        Chapter 13 proceeding
             Debtor             Judge: Daniel S. Opperman
_____

## ORDER CONFIRMING PLAN

       The debtor's Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 USC § 1325(a) are met.

       Therefore, **IT IS HEREBY ORDERED** that the debtor's Chapter 13 Plan, as last amended, if at all, is confirmed.

       **IT IS FURTHER ORDERED** that the claim of Lynnmarie A. Johnson, attorney for the debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,300.00 and 0.00 in expenses; and that portion of such claim which has not already been paid, to wit: **$2,800.00** shall be paid by the Trustee as an administrative expense of this case.

       **IT IS FURTHER ORDERED** that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

       All timely filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC § 502(a), and the trustee is therefore **ORDERED** to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

       **IT IS FURTHER ORDERED:**

1. Debtor's Plan shall continue for no less than 36 months or until unsecured creditors whose claims were allowed are paid 68.39 % of their claims, whichever event shall occur last.
2. The Debtor shall remit 100% of all tax refunds in excess of $500.00 to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

Approved for entry:

| | |
|---|---|
| /s/ Carl L. Bekofske | /s/Lynnmarie A Johnson |
| Chapter 13 Trustee | Lynnmarie A. Johnson (P 54108) |
| 510 W. Court Street | Attorney for Debtor |
| Flint, MI 48503 | 10751 S. Saginaw St., Suite F |
| (810) 238-4675 | Grand Blanc, MI 48439 |
| ecf@flint13.com | (810) 6595-0102 |
| P10645 | Lynnmarie1994@sbcglobal.net |

**Signed on September 04, 2009**

                                           **_/s/ Daniel S. Opperman**
                                              **Daniel S. Opperman**
                                              **United States Bankruptcy Judge**