UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:                                       CHAPTER 13
Tracy Lynn Carone,                   CASE NO. 09-33635
         Debtor                         Judge: DANIEL S. OPPERMAN
_____/

**NOTICE OF PROPOSED MODIFICATION TO CHAPTER 13 PLAN**

The Chapter 13 Trustee proposes to modify the Debtor's Chapter 13 Plan to:
(check all that apply)

__X__  Increase plan payments to $370.50 per week was $215.02 per week

____  **Increase plan payments to  $***** bi-weekly**

_____  **Increase plan payments to $**** semi-monthly**

_____  **Increase plan payments to $**** per month**

in order to pay all duly filed claims as proposed in the confirmed chapter 13 plan beginning upon entry of certificate of no response.  The modification of chapter 13 plan payments will cause the plan to complete timely.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case (if you do not have an attorney, you may wish to consult one).**

If you do not want the court to consider this request, or if you want the court to consider your views on the modification; within **28 days**, you or your attorney must:

1. File with the court a written response or answer, explaining your position at: *

**UNITED STATES BANKRUPTCY COURT
226 W. Second Street, Flint, Michigan   48502**

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

> Carl L. Bekofske, Chapter 13 Trustee
> 510 W. Court Street
> Flint, MI 48503

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion at the Bankruptcy Court, 226 W. Second St., Flint, MI 48502.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the modification and may enter and order granting that relief.**

Dated: January 29, 2010 /s/ Carl L. Bekofske
Chapter 13 Trustee
510 W. Court Street
Flint, MI 48503
810-238-4675
ecf@flint13.com
P 10645

*Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:                                               CHAPTER 13
Tracy Lynn Carone,                       CASE NO. 09-33635
         Debtor                               Judge: DANIEL S. OPPERMAN
_____/

## AMENDED PAYMENT ORDER PURSUANT TO MODIFIED CHAPTER 13 PLAN

       This matter coming before this Court on the motion of the Chapter 13 Trustee or the modification of the Debtor's Chapter 13 plan to increase payments and parties having agreed to the modification of the plan to increase payments, now therefore:

       **IT IS HEREBY ORDERED** that Debtor's plan payment shall be and hereby is increased to $370.50 per week effective immediately.

       **IT IS FURTHER ORDERED** that **H.R. Staffing** at 570 Kirts Blvd Suite 237, Attn: Payroll Dept Troy MI 48084, shall deduct from the wages and/or earnings of **Tracy Lynn Carone** the sum of $370.50 per week and forward the same to**:**

## Chapter 13 Trustee at Flint, PO Box 2175, Memphis, TN 38101-2175.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:                                         CHAPTER 13
Tracy Lynn Carone,                  CASE NO. 09-33635
         Debtor                            Judge: DANIEL S. OPPERMAN
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2010 I served the following paper:

**Notice of Proposed Modification to Chapter 13 Plan with Amended Payment Order Pursuant to Modified Chapter 13 Plan Attached.**

On the following parties at these addresses by the United States Postal Service:
Tracy L. Carone
2118 James St.
Burton MI 48529

And the following parties were served by electronic mail notice (ECF System):
Lynnmarie A. Johnson, attorney for Debtor   lynnmarie1994@sbcglobal.net

                                                     /s/ Karen Newman
                                                     Chapter 13 Trustee's Office
                                                     510 West Court Street
                                                     Flint MI 48503
                                                     Ph: (810) 238-4675
                                                     Email: ecf@flint13.com